**<u>Exhibit C</u>**

**Financial Projections**

### Financial Projections[1]

The financial projections for the Debtors are based on the Debtors' budget for the remainder of the fiscal year ended December 31, 2024 and for fiscal years 2025–2029 (the "Financial Projections"), as informed by the current and projected conditions in each of the Debtors' markets and businesses.

The Financial Projections were prepared by management with the assistance of the Debtors' advisors and are based on assumptions developed by management with respect to the future performance of the Debtors' operations. Although management prepared the Financial Projections in good faith and believes the assumptions to be reasonable, there can be no assurances that such assumptions will be realized. As described in detail in the Disclosure Statement, a variety of risk factors could affect the Debtors' financial results and must be considered. Accordingly, the Financial Projections should be reviewed in conjunction with a review of the risk factors set forth in Section IX of the Disclosure Statement and the assumptions described herein, including all relevant qualifications and footnotes.

The Debtors believe that the Plan meets the feasibility requirements set forth in section 1129(a)(11) of the Bankruptcy Code, as confirmation of the Plan is not likely to be followed by a liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan. In connection with the planning and development of the Plan and for the purposes of determining whether the Plan would satisfy this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources.

The Financial Projections were not prepared with a view toward compliance with published guidelines of the United States Securities and Exchange Commission or guidelines established by the American Institute of Certified Public Accountants for preparation and presentation of prospective financial information. An independent auditor has not examined, compiled, or performed any procedures with respect to the prospective financial information contained in this Exhibit and, accordingly, it does not express an opinion or any other form of assurance on such information or its attainability. The Debtors' independent auditor assumes no responsibility for, and denies any association with, the prospective financial information.

### Principal Assumptions for the Financial Projections

Houlihan Lokey relied on the Debtors' representation and warranty that the Financial Projections provided by the Debtors to Houlihan Lokey (i) have been prepared in good faith, (ii) are based on fully disclosed assumptions which, in light of the circumstances under which they were made, are reasonable, (iii) reflect the Debtors' best currently available estimates, and (iv) reflect the good faith judgments of the Debtors. Houlihan Lokey does not offer an opinion as to the attainability

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Joint Prepackaged Plan of Reorganization of Wheel Pros, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time, the "Plan") filed contemporaneously herewith, or the *Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Wheel Pros, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement"), to which this exhibit is attached, as applicable.

of the Financial Projections.

The future financial performance of the Reorganized Debtors is contingent on various factors, many of which are beyond the control or knowledge of the Debtors, and consequently, are inherently difficult to predict.  The Reorganized Debtors' actual future results may differ materially from the Financial Projections and, as a result, the actual total enterprise value of the Reorganized Debtors may be significantly higher or lower than the estimated range herein.  *See* Section IX of the Disclosure Statement entitled "Risk Factors".  In addition, the assumptions underlying the Financial Projections do not take into account the uncertainty and disruption of the business that may accompany a restructuring pursuant to the Bankruptcy Code.

In deciding whether to vote to accept or reject the Plan, Holders of Claims entitled to vote must make their own determinations as to the reasonableness of such assumptions and the reliability of the Financial Projections.  *See* Section IX of the Disclosure Statement entitled "Risk Factors".

Under Accounting Standards Codification "ASC" 852, "Reorganizations," the Debtors note that the Financial Projections reflect the operational emergence from chapter 11, but not the impact of fresh-start accounting that may be required upon the Effective Date.  Fresh-start accounting requires all assets, liabilities, and equity instruments to be valued at "fair value."  The Financial Projections account for the reorganization and related transactions pursuant to the Plan.  While the Debtors expect that they will be required to implement fresh-start accounting upon emergence, they have not yet completed the work required to quantify the effect upon the Financial Projections, which could be material.

**Safe Harbor Under the Private Securities Litigation Reform Act of 1995**

The Financial Projections contain statements that constitute "forward-looking statements" within the meaning of the Securities Act and the Securities Exchange Act.  Forward-looking statements in the Financial Projections include the intent, belief, or current expectations of the Debtors and management with respect to the timing of, completion of, and scope of the current restructuring, the Plan, the Debtors' business plan, market conditions and the Debtors' future liquidity, as well as the assumptions upon which such statements are based.

While the Debtors believe that the expectations are based on reasonable assumptions within the bounds of their knowledge of their business and operations, parties-in-interest are cautioned that any such forward-looking statements are not guarantees of future performance, involve risks and uncertainties, and that actual results may differ materially from those contemplated by such forward-looking statements.

**Select Risk Factors Related to the Financial Projections**

The Financial Projections are subject to inherent risks and uncertainties, most of which are difficult to predict and many of which are beyond the Debtors' management team's control.  Many factors could cause actual results, performance, or achievements to differ materially from any future results, performance, or achievements expressed or implied by these forward-looking statements.  A description of the risk factors associated with the Plan, the Disclosure Statement, and the Financial Projections is included in Section IX of the Disclosure Statement.

2

**General Assumptions and Methodology**

The Debtors' Financial Projections, which are presented on a consolidated basis, were developed by forecasting the performance of each of the Company's core business segments: WTA (consisting of wheels, tires, and accessories); suspension; lighting; media and e-commerce; and retail. In addition, management forecasts corporate expenses that are not allocated to the individual business segments.

Performance for the remainder of fiscal year 2024 is based on management's latest review of the Debtors' annual operating plan and reflects recent performance trends and assumptions through the remainder of the year. For fiscal years 2025 through 2029, management projects annual revenue by business segment. Specific business drivers, including volumes sold, average selling price, and new cost savings and working capital initiatives, have been incorporated. The Financial Projections do not assume any material acquisitions or divestitures, except the assumed sale of the Company's retail business prior to the Effective Date (however, the potential net proceeds from that sale have not been reflected in the Financial Projections).

The Financial Projections consist of the following unaudited, pro-forma financial statements: (i) projected consolidated income statement; (ii) projected consolidated balance sheet; and (iii) projected consolidated statement of cash flows.

**Select Projected Consolidated Income Statement Assumptions**

<u>Revenue</u>:  The Debtors' revenues are derived from the sale of branded aftermarket vehicle enhancements for light trucks, SUVs, passenger cars, and ATVs/UTVs to customers worldwide. These vehicle enhancements include wheels, tires, lighting, suspension, and other accessories. The Company also derives a relatively minor portion of revenue from the provision of media-related services, including advertising, subscriptions, and content licensing.

<u>Cost of Goods Sold</u>:  Cost of Goods Sold ("<u>COGS</u>") includes costs incurred in the purchase of automotive aftermarket wheels, tires, and accessory products from contract manufacturers and third-party producers, as well as inbound and outbound shipping costs, materials, and labor expense in the manufacturing of the Company's products sold to customers. COGS also includes provisions for excess and obsolete inventory, warranty costs, and other manufacturing overhead.

<u>SG&A</u>:  Selling, general and administrative costs ("<u>SG&A</u>") includes expenses related to executive, finance, information technology, human resources, and administrative personnel. These expenses encompass wages, employee benefits, and related stock-based compensation for wholesale, retail, and e-commerce operations. The Company also records professional and contract service expenses, occupancy-related expenses associated with wholesale, retail, and e-commerce locations, as well as legal expenses as part of SG&A.

<u>Non-Recurring Expenses</u>:  Non-recurring expenses include, but are not limited to, professional services fees associated with the chapter 11 cases and expenses associated with ongoing cost-savings initiatives.

<u>Interest</u>:  Interest is based on the post-emergence capital structure, as contemplated by the Plan, assumed to be in place on November 1, 2024.

Taxes:  Consists of projected state and local cash taxes for the respective periods using a predetermined tax rate based on historical trends.

Adjusted EBITDA:  Adjusted EBITDA (a non-GAAP metric) is utilized by management to evaluate the performance of the business and excludes the impact of what management believes are non-recurring or one-time impacts to the Company's financial statements.

**Select Projected Balance Sheet Assumptions**

Accounts Receivable:  Accounts receivable are forecast based on the Debtors' sales forecast and anticipated days sales outstanding for its core business segments.

Inventory:  Inventory consists primarily of wheels, tires, accessories, and various other products, and are based on the Debtors' COGS forecast and anticipated days inventory on hand.

Prepaid Expenses and Other Current Assets:  Consists primarily of prepaid expenses and deposits and other assets.

Property, Plant & Equipment, Net ("PP&E"):  PP&E is stated at cost less accumulated depreciation and amortization.  No adjustment to property and equipment values has been made to reflect fresh-start accounting.

Right of Use Assets:  Right of use assets are the corresponding asset for the Company's existing leases for office space, warehouse facilities, retail stores, and equipment used in its operations.

Goodwill, Intangible, and Other Assets:  Goodwill and other intangible assets has been adjusted as of the Effective Date to reconcile total assets with the implied equity value of the Reorganized Debtors, but this non-Cash adjustment is not reflected on the Consolidated Income Statement. Actual adjustments to reflect fresh-start accounting may result in a different balance and related expense.

Accounts Payable:  Accounts payable are accruals and recorded invoices for related goods and services provided to the Company by its vendors and are based on the Debtors' COGS forecast and anticipated days payable outstanding.

Accrued Expenses and Other Current Liabilities:  Consists of expenses the Company has incurred in the ordinary course of business, but have not yet been paid.

Lease Liabilities:  Consists of the corresponding liability for the Company's existing leases for office space, warehouse facilities, retail stores, and equipment used in its operations.

Deferred Tax and Other Liabilities:  Consists of deferred income tax liability, contract liability, and other long-term liabilities.  Deferred income tax liability represents timing differences between treatment of income or expenses under GAAP compared to applicable tax regulations.  Contract liability reflects payment received from a customer in advance of the Company satisfying its performance obligation.

<u>Post-Emergence Capital Structure</u>:  The Debtors' post-emergence capital structure is assumed to consist of the following:  (a) $175 million exit asset-based lending facility illustratively assumed to pay cash interest monthly at SOFR plus 1.75% (the "<u>Exit ABL Facility</u>"); (b) $570 million exit first lien term loan paying interest quarterly at SOFR plus 6.00% and amortizing quarterly at 0.25% (the "<u>Exit Term Loan Facility</u>").

**Select Projected Cash Flow Statement Assumptions**

<u>Working Capital</u>:  Driven by ordinary course changes in accounts receivable, inventory, prepaid expenses, accounts payable, and accrued expenses.

<u>Capital Expenditures</u>:  Management projects the amount of maintenance capital expenditures and growth capital expenditures required to achieve the projected revenues and expenses for the Company, based on historical levels of spend and anticipated projects.

<u>Proceeds / (Repayment) on Debt</u>:  Proceeds and repayments are projected based on the terms of the capital structure contemplated by the Plan; specifically, the Exit ABL Facility and the Exit Term Loan Facility.

| Income Statement | | | | | | |
|---|---|---|---|---|---|---|
| ($ in millions) | **2024E** | **2025E** | **2026E** | **2027E** | **2028E** | **2029E** |
| **Revenues** | **$1,074** | **$952** | **$1,012** | **$1,083** | **$1,146** | **$1,195** |
| COGS | (710) | (630) | (655) | (694) | (733) | (765) |
| SG&A | (252) | (196) | (203) | (209) | (212) | (217) |
| **Adjusted EBITDA** | **$111** | **$127** | **$154** | **$181** | **$201** | **$213** |
| *% Margin* | *10.4%* | *13.3%* | *15.2%* | *16.7%* | *17.5%* | *17.9%* |
| Non-Recurring Expenses | (92) | (15) | (6) | (6) | (6) | (6) |
| D&A | (33) | (35) | (33) | (33) | (35) | (34) |
| Interest | (71) | (57) | (53) | (52) | (52) | (52) |
| Taxes | (10) | (28) | (21) | (27) | (30) | (33) |
| **Net Income** | **($94)** | **($9)** | **$41** | **$64** | **$77** | **$88** |
| *% Margin* | *(8.7%)* | *(1.0%)* | *4.1%* | *5.9%* | *6.7%* | *7.4%* |

| Balance Sheet | | | | | | |
|---|---|---|---|---|---|---|
| ($ in millions) | **2024E** | **2025E** | **2026E** | **2027E** | **2028E** | **2029E** |
| Unrestricted Cash | $51 | $113 | $213 | $324 | $422 | $533 |
| Restricted Cash | 1 | 1 | 1 | 1 | 1 | 1 |
| Accounts Receivable | 70 | 66 | 70 | 75 | 79 | 83 |
| Inventory | 305 | 276 | 249 | 229 | 237 | 245 |
| Prepaid Expenses and Other Current Assets | 37 | 37 | 38 | 39 | 40 | 41 |
| PP&E | 46 | 48 | 51 | 57 | 60 | 60 |
| Right of Use Assets | 117 | 117 | 117 | 117 | 117 | 117 |
| Goodwill, Intangible, and Other Assets | 971 | 933 | 897 | 862 | 828 | 794 |
| **Total Assets** | **$1,597** | **$1,592** | **$1,636** | **$1,704** | **$1,784** | **$1,874** |
| Accounts Payable | $124 | $128 | $134 | $141 | $146 | $152 |
| Accrued Expenses and Other Current Liabilities | 95 | 99 | 102 | 106 | 108 | 111 |
| Asset-Backed Loan (Drawn) | - | - | - | - | - | - |
| Term Loan | 570 | 564 | 559 | 553 | 547 | 542 |
| Lease Liabilities | 128 | 128 | 128 | 128 | 128 | 128 |
| Deferred Tax and Other Liabilities | 36 | 36 | 36 | 36 | 36 | 36 |
| **Total Liabilities** | **$952** | **$956** | **$959** | **$963** | **$966** | **$968** |
| **Stockholders' Equity** | **$645** | **$636** | **$677** | **$741** | **$818** | **$906** |
| **Total Liabilities + Stockholders' Equity** | **$1,597** | **$1,592** | **$1,636** | **$1,704** | **$1,784** | **$1,874** |

| ($ in millions) | Cash Flow Statement | | | | | |
|---|---|---|---|---|---|---|
| | 2ME 2024 | 2025E | 2026E | 2027E | 2028E | 2029E |
| Net Income | $10 | ($9) | $41 | $64 | $77 | $88 |
| Depreciation and Amortization | 5 | 35 | 33 | 33 | 35 | 34 |
| Changes in Operating Assets and Liabilities | 6 | 54 | 42 | 36 | 7 | 7 |
| **Cash Flow from Operating Activities** | **$21** | **$80** | **$117** | **$133** | **$120** | **$129** |
| Purchase of PP&E | (0) | (12) | (12) | (16) | (16) | (13) |
| **Cash Flow from Investing Activities** | **($0)** | **($12)** | **($12)** | **($16)** | **($16)** | **($13)** |
| Payments on / Proceeds from Asset-Backed Loan | - | - | - | - | - | - |
| Payments on Term Loan | - | (6) | (6) | (6) | (6) | (6) |
| **Cash Flow From Financing Activities** | **-** | **($6)** | **($6)** | **($6)** | **($6)** | **($6)** |
| **Net Change in Unrestricted Cash** | **$21** | **$62** | **$99** | **$111** | **$98** | **$111** |
| Unrestricted Cash, Beginning of the Period | $30 | $51 | $113 | $213 | $324 | $422 |
| Net Change in Unrestricted Cash | 21 | 62 | 99 | 111 | 98 | 111 |
| **Unrestricted Cash, End of the Period** | **$51** | **$113** | **$213** | **$324** | **$422** | **$533** |