**<u>Exhibit D</u>**

**Valuation Analysis**

**Valuation Analysis**[1]

**A. Disclaimer**

**THE VALUATIONS SET FORTH HEREIN REPRESENT ESTIMATED
DISTRIBUTABLE VALUE FOR THE DEBTORS AND DO NOT NECESSARILY
REFLECT VALUES THAT COULD BE ATTAINABLE IN THE PUBLIC OR PRIVATE
MARKETS. THE VALUE OF THE NEW EQUITY INTERESTS DOES NOT
PURPORT TO BE AN ESTIMATE OF THE POST-REORGANIZATION MARKET
VALUE OF THE REORGANIZED DEBTORS. THIS VALUATION IS PRESENTED
SOLELY FOR THE PURPOSE OF PROVIDING ADEQUATE INFORMATION AS
REQUIRED BY SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE
HOLDERS OF CLAIMS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN
TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE
USED OR RELIED UPON FOR ANY OTHER PURPOSE.**

**B. Valuation Estimate**

In connection with developing the Plan, the Debtors directed their investment banker, Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), to estimate the going-concern value of the Reorganized Debtors ("Enterprise Value"). This analysis has been prepared for the Debtors' sole use and is based on information provided to Houlihan Lokey by the Debtors.[2]

Based on financial projections provided by the Debtors and subject to the disclaimers and the descriptions of Houlihan Lokey's methodology set forth herein, and solely for purposes of the Plan, Houlihan Lokey estimates the total Enterprise Value of the Reorganized Debtors will be within the range of approximately $1,100 million to $1,250 million on an assumed Effective Date of November 1, 2024, with an estimated midpoint of approximately $1,175 million. The range of total equity value ("Equity Value"), which takes into account the total Enterprise Value less the estimated net debt outstanding as of the Effective Date, was estimated by Houlihan Lokey to be between approximately $560 million and $710 million, with an estimated midpoint of approximately $635 million.[3] The implied total Enterprise Value of the Reorganized Debtors should be considered as a whole, and the underlying analyses should

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Wheel Pros, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, supplemented, or otherwise modified from time to time, and including all exhibits and supplements thereto, the "Disclosure Statement"), to which this Valuation Analysis is attached as **Exhibit D**, or the *Joint Prepackaged Plan of Reorganization of Wheel Pros, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, supplemented, or otherwise modified from time to time, and including all exhibits and supplements thereto, the "Plan"), attached to the Disclosure Statement as **Exhibit A**.

[2] The analysis herein reflects the combined assets and operations of all Debtor and non-Debtor subsidiaries of the Company.

[3] This Valuation Analysis assumes that the Reorganized Debtors will have, as of the Effective Date, funded net debt obligations of $540 million (comprised of $0 million outstanding under the Exit ABL Facility, $570 million outstanding under the Exit Term Loan Facility, and unrestricted cash of $30 million).

not be considered indicative of the values of any individual operation of the Reorganized Debtors.

In preparing the estimated total Enterprise Value for the Reorganized Debtors, Houlihan Lokey: (i) reviewed certain historical financial information of the Debtors for recent years and interim periods provided by the Debtors; (ii) reviewed certain internal financial and operating data of the Debtors relating to the business, such as earnings, cash flow, assets, liabilities, and other prospects, including the Financial Projections, which were prepared and provided to Houlihan Lokey by management and which relate to the Debtors' business and its prospects; (iii) met with certain members of the Debtors' senior management to discuss the Debtors' operations and future prospects; (iv) reviewed publicly available financial data and considered the market values of public companies deemed by Houlihan Lokey to be potentially comparable to the operating businesses of the Debtors; (v) considered certain economic and industry information relevant to the Debtors' operating businesses; (vi) prepared discounted cash flow analyses based on the Financial Projections for fiscal years 2025 through 2029, utilizing various discount rates and assumptions in the calculation of terminal values; (vii) considered the value assigned to two prior change-of-control transactions for the Debtors; and (viii) conducted such other analyses as Houlihan Lokey deemed appropriate.

Although Houlihan Lokey conducted a review and analysis of the Debtors' business, operating assets and liabilities, and business plans, Houlihan Lokey relied on the accuracy and completeness of all financial and other information furnished to it by the Debtors and by other firms retained by the Debtors, as well as certain publicly available information as to which Houlihan Lokey does not have independent knowledge.

The Financial Projections provided by the Debtors to Houlihan Lokey are for the remainder of fiscal year 2024 and for fiscal years 2025 through 2029 (the "Projection Period"). Houlihan Lokey has relied on the Debtors' representation and warranty that the Financial Projections provided by the Debtors to Houlihan Lokey: (i) have been prepared in good faith; (ii) are based on fully-disclosed assumptions that, in light of the circumstances under which they were made, are reasonable; (iii) reflect the Debtors' best currently-available estimates; and (iv) reflect the good faith judgments of the Debtors. Houlihan Lokey does not offer an opinion as to the attainability of the Financial Projections. The future results of the Reorganized Debtors are dependent upon various factors, many of which are beyond the control or knowledge of the Debtors and, consequently, are inherently difficult to project. The Reorganized Debtors' actual future results may differ materially (positively or negatively) from the Financial Projections and, as a result, the actual total Enterprise Value of the Reorganized Debtors may be significantly higher or lower than the estimated range herein.

No independent evaluations or appraisals of the Debtors' assets were sought or obtained in connection with Houlihan Lokey's valuation. Houlihan Lokey did not conduct an independent investigation into any of the legal, tax, pension, or accounting matters affecting the Debtors and therefore makes no representations as to their impact on the Debtors' financial statements.

## C. Valuation Considerations

This valuation is based upon information available to, and analyses undertaken by, Houlihan Lokey as of August 30, 2024 (the "Assumed Valuation Date"), and reflects, among other factors discussed below, the current financial market conditions and the inherent uncertainty today as to the achievement of the Financial Projections. The value of an operating business is subject to uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial conditions and prospects of such a business. For purposes of this valuation, Houlihan Lokey has assumed that no material changes that would affect value will occur between the date of this Disclosure Statement and the assumed Effective Date. Events and conditions subsequent to the Assumed Valuation Date, including but not limited to updated projections, as well as other factors, could have a

substantial impact upon the Reorganized Debtors' value.  Neither Houlihan Lokey nor the Debtors have any obligation to update, revise, or reaffirm the Enterprise Value.

This valuation also reflects a number of assumptions, including a successful reorganization of the Debtors' business and finances in a timely manner, achieving the forecasts reflected in the Financial Projections, market conditions, the Reorganized Debtors' capitalization and available cash as set forth further in the Plan and Disclosure Statement, and the Plan becoming effective in accordance with its terms on a basis consistent with the estimates and other assumptions discussed herein.  Among other things, failure to consummate the Plan in a timely manner may have a materially negative impact on the Enterprise Value of the Reorganized Debtors.  As discussed above, Houlihan Lokey's views are also necessarily based on economic, monetary, market, and other conditions as in effect on the Assumed Valuation Date.

Further, the valuation of the New Equity Interests is subject to additional uncertainties and contingencies, all of which are difficult to predict.  Actual market prices of such securities at issuance will depend upon, among other things:  (i) prevailing interest rates; (ii) conditions in the financial markets; (iii) the anticipated initial securities holdings of prepetition creditors, some of whom may prefer to liquidate their investment rather than hold it on a long-term basis; and (iv) other factors that generally influence the prices of securities.  Actual market prices of such securities also may be affected by the Chapter 11 Cases or by other factors not possible to predict.  Accordingly, the total Enterprise Value ascribed in the analysis does not purport to be an estimate of the post-reorganization market trading value of the Reorganized Debtors and/or Reorganized Parent or their securities.  Such trading value may be materially different from the total Enterprise Value ranges associated with Houlihan Lokey's Valuation Analysis. The Reorganized Debtors and/or the Reorganized Parent are anticipated to be a private company that will not be obligated to file public reports or disclosures.  There can be no assurance that any trading market will develop for the New Equity Interests.  The estimated values for the Reorganized Debtors and/or Reorganized Parent do not necessarily reflect the values that may be attainable in public or private markets.  Furthermore, in the event that the actual distributions in the Chapter 11 Cases differ from those the Debtors assumed in their recovery analysis, the actual recovery of Holders of Claims in Impaired Classes could be significantly higher or lower than estimated by the Debtors.

The estimate of total Enterprise Value set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein depending on the results of the Debtors' operations or changes in the financial markets.  Additionally, these estimates of value represent hypothetical enterprise and equity values of the Reorganized Debtors as the continuing operator of the Debtors' business and assets and do not purport to reflect or constitute appraisals, liquidation values, or estimates of the actual market value that may be realized through the sale of any securities to be issued pursuant to the Plan, which may be significantly different than the amounts set forth herein.  Such estimates were developed solely for purposes of formulation and negotiation of the Plan and analysis of implied relative recoveries to creditors thereunder.  The value of an operating business such as the Debtors' business is subject to uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such business.  The estimated distributable value in this Valuation Analysis does not purport to constitute an appraisal or necessarily reflect the actual market value that might be realized through a sale or liquidation of the Reorganized Debtors, their securities, or their assets, which may be materially higher or lower than the estimated distributable value range herein.

Houlihan Lokey's estimated valuation range of the Reorganized Debtors does not constitute a recommendation to any Holder of Allowed Claims as to how such person should vote or otherwise act with respect to the Plan.  The estimated value of the Reorganized Debtors set forth herein does not constitute an opinion as to the solvency of the Debtors or the fairness from a financial point of view to

any person of the consideration to be received by such person under the Plan or of the terms and provisions of the Plan. Valuation estimates are inherently subject to uncertainties, and consequently, none of the Debtors, Houlihan Lokey, or any other professional or person assumes responsibility for any differences between the estimated valuation ranges herein and any actual outcome.

## D. Valuation Methodology

In preparing its valuation, Houlihan Lokey performed a variety of financial analyses and considered a variety of factors. Houlihan Lokey largely relied on three generally accepted valuation techniques: (i) Discounted Cash Flow Analysis ("DCF"), (ii) Comparable Public Company Analysis, and (iii) Precedent Transactions Analysis.

(i)     Discount Cash Flow Analysis

DCF analysis is a forward-looking enterprise valuation methodology that can be used to estimate the value of an asset or business by calculating the present value of expected future cash flows generated by that asset or business. Under this methodology, projected future cash flows are discounted by the business' weighted average cost of capital (the "Discount Rate"). The Discount Rate reflects the estimated blended rate of return that would be required by debt and equity investors to invest in the business based on its capital structure and interest tax shield. The Enterprise Value of the firm is determined by calculating the present value of the unlevered after-tax free cash flows based on the Financial Projections provided by management plus an estimate for the value of the firm beyond the Projection Period, known as the terminal value.

(ii)     Comparable Public Company Analysis

Comparable Public Company Analysis estimates the value of a company relative to other publicly traded companies with similar operating and financial characteristics. A set of publicly traded companies was selected based on similar business and financial characteristics to the Reorganized Debtors. Criteria for the selected reference group included, among other relevant characteristics, similarity in product mix, end customers, operations, business risk, growth prospects, and margins. The selected reference group may not be comparable to the Reorganized Debtors in all aspects and may differ materially in others. Under this methodology, certain financial multiples that measure financial performance and value are calculated for each selected company and then applied to the Reorganized Debtors' financials to imply an enterprise value for the Reorganized Debtors. Houlihan Lokey used, among other measures, enterprise value for each selected company as a multiple of such company's publicly available consensus projected EBITDA, adjusted to reflect calendar year 2024.

The Comparable Public Company methodology has several limitations in this instance, including a limited universe of publicly traded peers, none of which is a perfect comparable with the exact same operating and financial characteristics to the Reorganized Debtors, as described above, and at least one with a significant shareholder who has been actively selling shares which may influence that company's share price (and therefore enterprise value).

(iii)     Precedent Transaction Analysis

Precedent Transaction Analysis is based on the implied enterprise values of companies and assets involved in publicly disclosed merger and acquisition transactions for which the targets had operating and financial characteristics comparable in certain respects to the Reorganized Debtors. Under this methodology, a multiple is derived using the enterprise value of each such target, calculated as the consideration paid and the net debt assumed in the selected precedent transaction relative to a financial

metric, in this case EBITDA for the fiscal year in which the transaction occurred. Given the limited number of relevant transactions, Houlihan Lokey relied solely on prior transactions in which the Company was acquired.

The summary herein does not purport to be a complete description of the analyses and factors undertaken to support Houlihan Lokey's conclusions. The preparation of a valuation is a complex process involving various quantitative and qualitative determinations as to the most appropriate analyses and factors to consider, and the application of those analyses and factors to the particular circumstances of the Debtors. As a result, the process involved in preparing a valuation is not readily summarized.

[*Remainder of page intentionally left blank*]