**Exhibit F**

**Simplified Organizational Chart**

Wheel Pros Holdings, L.P. (Delaware)
Wheel Pros Parent II, Inc. (Delaware)
Wheel Pros Parent, Inc. (Delaware)
Wheel Pros Intermediate Holdings, Inc. (Delaware)
Wheel Pros Intermediate, Inc. (Delaware)
Wheel Pros, Inc. (Delaware)
WP NewCo Holdco, LLC (Delaware)
Wheel Pros, LLC (Delaware)
WP NewCo, LLC (Delaware)
Wheel Pros Australia Pty. Ltd. (Australia)
Wheel Pro Belgium (Belgium)
Wheel Pros Europe Limited (UK)
American Racing Equipment, Inc. (Canada)
Mobile Hi-Tech Wheels, LLC (Delaware)
TAP Worldwide, LLC (Delaware)
Throtl Inc. (Delaware)
Hoonigan, LLC (Delaware)
WPM Holdings, LLC (Delaware)
TAP Automotive Holdings, LLC (Delaware)
Just Wheels & Tires LLC (California)
TRS Holdco, LLC (Delaware)
MF Equipment, LLC (Wyoming)
MF IP Holding, LLC (Wyoming)
Teraflex, Inc. (Utah)
Mobile Hi-Tech Wheels (Australia) Pty. Ltd. (Australia)
Transamerican (Ningbo) Automotive Technology Co., Ltd. (China)
Hoonigan Industries, LLC (California)
43 Racing, LLC (Utah)
TAP Manufacturing, LLC (Delaware)
The Retrofit Source, LLC (Delaware)
Morimoto Lighting LLC (Delaware)
Defoor Products, LLC (Delaware)
Debtor
Nondebtor

