# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WHEEL PROS, LLC, et al.,[1] | Case No. 24-11939 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 6, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Fee Period from September 8, 2024 Through and Including October 15, 2024** (Docket No. 363)

- **Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors and Debtors in Possession for the Period from September 8, 2024 Through October 13, 2024** (Docket No. 364)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 9, 2024

_____
Serina Tran

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 9th day of December 2024 by Serina Tran.

_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The last four digits of Debtor Wheel Pros, LLC's federal tax identification number are 5738. A complete list of each of the Debtors in these chapter 11 cases and each such Debtor's federal tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/WheelPros. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 5347 S Valentia Way, Suite 200, Greenwood Village, Colorado 80111.

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 31 Incorporated | Attn: Legal Dept | PO Box 278 | | Newcomerstown | OH | 43832 | |
| Adobe Inc | Attn: Legal Dept | 345 Park Ave | | San Jose | CA | 95110 | |
| C.H. Robinson Worldwide | Attn: Legal Dept | 15701 Charlson Rd | | Eden Prairie | MN | 55347-5076 | |
| Coplus Inc. | Attn: Legal Dept | No. 50 Keji 2nd Rd. Annan Dist | | Tainan City | | 709031 | Taiwan |
| Fedex | Attn: Legal Dept | 3875 Airways | | Memphis | TN | 38116 | |
| Gourmet Equipment (Taiwan) Corp | Attn: Legal Dept | 6F No6 Lane39 Zhongstan N Rd Sec 2 | | Taipei City, Taipei | | 104010 | Taiwan |
| Hong Kong Mirim Limited | Attn: Legal Dept | Unit 1707 Level 17 Millenium City 2 | 378 Kwun Tong Rd | Kwun Tong KLN | | 999077 | Hong Kong |
| Internal Revenue Service | Attn: Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Keystone Automotive Operations | Attn: Legal Dept | 44 Tunkhannock Ave | | Exeter | PA | 18643-1221 | |
| King Sword Manufacturing Co. Ltd. | Attn: Legal Dept | No. 10 Zhangbin E 3rd Rd | | Changhua Country | | 50741 | Taiwan |
| Meyer Distributing | Attn: Jeff Braun | 560 E 25th St | | Jasper | IN | 47546-8117 | |
| Mickey Thompson | Attn: Legal Dept | 4651 Prosper Dr | | Stow | OH | 44224-1038 | |
| Morgan Lewis & Bockius LLP | Attn: Elizabeth Khoury Ali | 1000 Louisiana Street Suite 4000 | | Houston | TX | 77002-5005 | |
| Ningbo Lianda Winch Co | Attn: Legal Dept | Yushan Village | | Dongqiao Town Haishu | | 315156 | China |
| Ningbo Wheelman Auto Parts Co Ltd | Attn: Legal Dept | Room 1905 Haoru Bldg 468# | | Ningbo | | 315100 | China |
| Nitto Tire Inc | Attn: Keiko Brockel | 3565 Harbor Blvd | | Costa Mesa | CA | 92626-1405 | |
| Office US Trustee District of DE | Attn: Jane M. Leamy | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| R&L Carriers Inc. | Attn: Legal Dept | 600 Gillam Rd | | Wilmington | OH | 45177 | |
| Sinolion (HK) Int'l Trading Co Ltd | Attn: Legal Dept | RoomD 10F Twr A Billi On1 BayCentre | Wang Kwong Rd | Hong Kong | | 999077 | Hong Kong |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of California | Office of the Attorney General | 1300 "I" St | | Sacramento | CA | 95814-2919 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 6106 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Illinois | Office Of The Attorney General | 115 S LaSalle St | | Chicago | IL | 60603 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | G. Mennen Williams Building | Lansing | MI | 48933 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 8611 | |
| State Of New York | Office Of The Attorney General | 2nd Floor | The Capitol | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office AG Sean D. Reyes | State Capitol Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| Sumitomo Rubber North America | Attn: Legal Dept | 8656 Haven Ave | | Rancho Cucamonga | CA | 91730-9103 | |
| Taian Hexin Manufacturing Co. Ltd. | Attn: Legal Dept | No. 1 Guomao Rd | | Xintai City Taian | | 271200 | China |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Taian Qicheng Wheel Manufacturing | Attn: Legal Dept | No. 68 Kejixi Rd East New Zone | Taishan District | Taian City Shandong Province | | 271000 | China |
| T-Max (Hangzhou) Technology Ltd | Attn: Legal Dept | No 5 Rd 5 Dongzhou Industrial Area | | Fuyang City | | 311401 | China |
| Toyo Tire USA Corp | Attn: Legal Dept | 5665 Plaza Drive Suite 300 | | Cypress | CA | 90630 | |
| Turn 14 Distribution | Attn: Legal Dept | 100 Tournament Drive Ste 100 | | Horsham | PA | 19044 | |
| US Attorney's Office District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Vossen Manufacture Co Ltd | Attn: Legal Dept | 7/526 Moo. 6 T. Mapyangporn A. | | Rayong Province | TH | 21140 | Thailand |
| Wheels India Limited | Attn: Legal Dept | No. 1 M.T.H. Rd Padi Chennai | | Tamil Nadu | | 600050 | India |
| Wilmington Trust NA as Trustee | Attn: Barry D. Somrock | 50 S Sixth St Ste 1290 | | Minneapolis | MN | 55402 | |
| Winbo Dongjian AutomotiveTechnology | Attn: Legal Dept | B333 Lecong Avenue W. | | Foshan | | 528315 | China |
| YHI Manufacturing (China) Co.Ltd | c/o YHI Manufacturing Shanghai Co | No. 611 Shenfu Rd | Xinzhuang Industrial Zone | Minhang District Shanghai | | 201108 | China |
| Zhejiang Dicastal Hongxin Technolog | Attn: Legal Dept | No75 Dejian Rd Food IndustrialPark | Huangyan District | Taizhou City Zhejiang Province | | 318020 | China |
| Zhejiang Jinfei Kaida Wheel Co | Attn: Legal Dept | No. 888 Zeguo Rd Zeguo Town | | Wenling City Zheijiang | | 321000 | China |
| Zhejiang Yueling Co Ltd | Attn: Legal Dept | No.888 Zeguo Road Zeguo | | Wenling | | 321000 | China |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 31 Incorporated | | | lkelley@31inc.com |
| Ad Hoc Group | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin, Daniel I. Fisher, Zachary D. Lanier, and Omid Rahnama | pdublin@akingump.com<br>orahnama@akingump.com<br>dfisher@akingump.com<br>zlanier@akingump.com |
| Ad Hoc Group | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Zach Lanier | zlanier@akingump.com |
| Ad Hoc Group | c/o Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Gregory J Flasser, Maria Kotsiras | bcleary@potteranderson.com<br>gflasser@potteranderson.com<br>mkotsiras@potteranderson.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Brazoria County, City Angleton, Angleton Drainage District, Angleton-Danbury Hospital District, Port Freeport, Brazoria County Special Road & Bridge Fund, Angleton Independent School District, City of Freeport, Velasco Drainage District, Brazosport et al | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Broward County [Broward County Tax Collector] | c/o Records, Taxes & Treasury | Attn: Scott Andron | swulfekuhle@broward.org<br>sandron@broward.org |
| C.H. Robinson Worldwide | | | chrobinson@padillaco.com |
| City of Frisco | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com<br>john.turner@lgbs.com |
| City of McAllen | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Clearlake Capital Group, L.P. | c/o Katten Muchin Rosenman LLP | Attn: Steven J Reisman, Cindi M Giglio, Lucy F Kweskin | sreisman@katten.com<br>cgiglio@katten.com<br>lucy.kweskin@katten.com |
| Clearlake Capital Group, L.P. | c/o Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro | cward@polsinelli.com<br>mdipietro@polsinelli.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullet, P.C. | Attn: Paul M Lopez, Larry R Boyd, Emily M Hahn | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K Turner | dallas.bankruptcy@lgbs.com |
| Fedex | | | ftn_us@fedex.com |
| First Industrial, L.P. | c/o Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plan | dplon@sirlinlaw.com |
| Ford Motor Credit Company, LLC | c/o AIS Portfolio Services, LLC | Attn: Amitkumar Sharma; Veermanu Yadav | ecfnotices@aisinfo.com |
| Frisco, Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Gourmet Equipment (Taiwan) Corporation | | | michael@gecformosa.com.tw |
| GS Portfolio Holdings II, LLC | c/o Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Seven Yachik | kdwbankruptcydepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>syachik@kelleydrye.com |
| GS Portfolio Holdings II, LLC | c/o Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Hong Kong Mirim Limited | | | ch@8iwheel.com |
| Jonathan F. Foster, as independent and disinterested director of Wheel Pros Intermediate, Inc. and Wheel Pros, Inc. [Special Committee] | c/o Cole Schotz P.C. | Attn: Jack M. Dougherty | jdougherty@coleschotz.com |
| Jonathan F. Foster, as independent and disinterested director of Wheel Pros Intermediate, Inc. and Wheel Pros, Inc. [Special Committee] | c/o Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine, Ryan T. Jareck | msirota@coleschotz.com<br>wusatine@coleschotz.com<br>rjareck@coleschotz.com |
| Keystone Automotive Operations | | | kaocustomercare@key-stone.com |
| King Sword Manufacturing Co., Ltd. | | | kingswordmfg@gmail.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Manatee County Tax Collector [Ken Burton Jr.] | Attn: Michelle Leeson | | legal@taxcollector.com |
| Meyer Distributing | Attn: Jeff Braun | | hosting@meyerdistributing.com |
| Nancy C. Millan, Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | | fitzgeraldb@hcfl.gov stroupj@hcfl.gov connorsa@hcfl.gov |
| Ningbo Lianda Winch Co | | | cui@ldnb.com |
| Ningbo Wheelman Auto Parts Co Ltd | | | david@wheelman-auto.com |
| Nitto Tire Inc | Attn: Keiko Brockel | | info@nittotire.com |
| Office of the U.S. Trustee for the District of Delaware | Attn: Jane M. Leamy | | jane.m.leamy@usdoj.gov |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| ORW USA, Inc. | c/o Blank Rome LLP | Attn: Josef W. Mintz, Lawrence R. Thomas III | josef.mintz@blankrome.com lorenzo.thomas@blankrome.com |
| ORW USA, Inc. | c/o Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Ron Bender | rb@lnbyg.com |
| Parker CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com john.turner@lgbs.com |
| Sinolion (HK) Int'l Trading Co Ltd | | | teresacy_xlwheels@outlook.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State of Michigan, Department of Treasury | Attn: Jeanmarie Miller | | millerj51@michigan.gov |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Oregon | Office Of The Attorney General | | ellen.rosenblum@dor.state.or.us |
| State Of Utah | Office Of The Attorney General | | uag@agutah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@agutah.gov |
| Strategic Value Partners, LLC | c/o Davis Polk & Wardwell LLP | Attn: Damian S Schaible, Adam L Shpeen, David Kratzer | damian.schaible@davispolk.com adam.shpeen@davispolk.com david.kratzer@davispolk.com |
| Strategic Value Partners, LLC | c/o Potter Anderson & Corroon LLP | Attn: M Blake Cleary, Gregory J Flasser, Maria Kotsiras | bcleary@potteranderson.com gflasser@potteranderson.com mkotsiras@potteranderson.com |
| Sumitomo Rubber North America | | | hocampo@srnatire.com |
| Taian Hexin Manufacturing Co., Ltd. | | | ch@8iwheel.com |
| Tarrant County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com john.turner@lgbs.com |
| The County of Comal, Texas, The County of Denton, Texas, and The County of Guadalupe, Texas | c/o McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| T-Max (Hangzhou) Technology Ltd | | | tmax@tmaxtools.com |
| Toyo Tire USA Corp | | | shearers@toyotires.com |
| Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg & Reis Co., LPA | Attn: Scott D Fink | bronationalecf@weltman.com |
| Travis County | c/o Delia Garza | Attn: Jason A. Starks | jason.starks@traviscountytx.gov |
| Turn 14 Distribution | | | general@turn14.com |
| US Attorney's Office For the District of Delaware | | | usade.press@usdoj.gov |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Vossen Manufacture Co Ltd | | | huangliyan2165@jinfei.cn |
| Wells Fargo Bank, N.A. | c/o Morgan, Lewis & Bockius LLP | Attn: Christopher L. Carter | christopher.carter@morganlewis.com |
| Wells Fargo Bank, N.A. | c/o Morgan, Lewis & Bockius LLP | Attn: Stephan E. Hornung, David K. Shim | stephan.hornung@morganlewis.com david.shim@morganlewis.com |
| Wells Fargo Bank, N.A. | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott, Matthew B. Harvey, Sophie Rogers Churchill | dabbott@morrisnichols.com mharvey@morrisnichols.com srchurchill@morrisnichols.com |
| Wheels India Limited | | | avinash_s@wheelsindia.com |
| Wilmington Trust, National Association | c/o ArentFox Schiff LLP | Attn: Andrew I Silfen, Beth M Brownstein, Nicholas A Marten | andrew.silfen@afslaw.com beth.brownstein@afslaw.com nicholas.marten@afslaw.com |
| Winbo Dongjian AutomotiveTechnology | | | lisa@dongjiancorp.com |
| YHI Manufacturing (China) Co.,Ltd | | | wumeng@yhias.com |
| Zhejiang Dicastal Hongxin Technolog | | | xiaomiao@hxtwheel.com |
| Zhejiang Jinfei Kaida Wheel Co | | | huangliyan2165@jinfei.cn |
| Zhejiang Yueling Co Ltd | | | wheels@yueling.com.cn |