# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WHEEL PROS, LLC | § | |
| | § | CASE NO. 24-11939 |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF BEXAR COUNTY'S
## PROOF OF CLAIM NOS. 2 AND 121

NOW COMES Bexar County and notifies the Court and all other parties that it withdraws its claim number 2 (amount $9,183.93 for estimated 2024 taxes) and claim number #121 (amount $9,345.47 for actual 2024 taxes) which claims were filed with the claims' agent in Tap Worldwide, LLC, Case No. 24-11951. Bexar County filed claim number 2 on September 11, 2024 and filed amended claim number 121 on November 6, 2024. The tax debt to subject to Bexar County's proof of claim is paid in full. Bexar County desires to withdraw its proof of claims filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:   __/s/ Don Stecker__
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)

Attorney for Bexar County

1

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Bexar County Proof of Claim No. 2 and Claim No. 121 was served this 9th day of December, 2024 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    Tap Worldwide, LLC
    5347 S. Valentina Way
    Suite 200
    Greenwood Village, CO 80111

Attorney for Debtor:
    Laura Davis Jones
    Pachulski Stang Ziehl & Jones, LLP
    919 North Market Street
    17th Floor
    Wilmington, DE 19801

U.S. Trustee:
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207
    Lockbox 35
    Wilmington, DE 19801

                                                             /s/ Don Stecker
                                                             Don Stecker